```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                            ) CASE NO: 10-53354-659  Chapter 13
     ROY D MCMILLIN               )
                                  ) Trustee's Objection to Confirmation
     EARNESTINE G MCMILLIN        )
                                  ) Original confirmation hearing
                       Debtor(s)  ) set for Jan 06, 2011 11:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts. 11 USC Secs. 1322(a)(2) & 1325(a)(5)(B)(ii)
2. The Trustee has not received a copy of the most recently filed Federal tax return.
3. The set monthly payments to be made by the Trustee exceed the plan payment.
4. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
   A. 5B REPAY PERIOD EXCEEDS PLAN DURATION.
   B. PLAN FAILS TO PROVIDE FOR COSIGNED DEBT TO BE PAID BY CODEBTOR PER DEBTORS' INTENT.
5. RE #2 LAST FILED 20 YEARS AGO.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

                                       /s/ John V. LaBarge, Jr.
KLW-351                                --------------------------------
                                       John V LaBarge Jr
Copy served on the following either    Chapter 13 Trustee
through the Court's ECF system or by   P.O. Box 430908
ordinary mail on December 16, 2010 :   St. Louis, MO 63143    (314) 781-8100
                                       trust33@ch13stl.com   Fax:(314) 781-8881

LEGAL HELPERS PC
515 OLIVE ST
STE 702
ST LOUIS MO  63101

ROY D & EARNESTINE G MCMILLIN
1404 JENNINGS RD
PARK HILLS MO  63601